# AgVision
### Agribusiness Software

AgVision's specialty is developing accounting and inventory management software for agribusiness. We have been setting the standard of excellence for our industry since 1976.

### Financial Accounting
- General Ledger
- Inventory
- Accounts Receivable with Prepaids, Bookings and Work Orders
- Accounts Payable with Purchase Orders and Purchase Contracts
- Disbursements and Bank Reconciliation
- Customer History
- Executive Reporting
- Payroll
- Point of Sale
- Patron Equity
- Degree Day/Budget Billing
- Gas Boy
- Sales Commission
- 1099 and Informational Forms
- Bar Code Scanner Interface

### Software Support & Training
- Reliable support from an experienced staff. Classroom, Webinar and on-site training sessions are all custom.

### Computers, Networks & Support
- Business-class equipment; on-site installation; wireless and cable networks; reliable support; depot and on-site repair

### Commodity Manager
- Integrates to the AgVision Accounting software or can be used independently
- Tracks and processes grain, seed and tree nuts
- Scale Interface (NTEP-Certified) Touch Screen and Traditional
- Moisture Tester Interfaces
- Payment Schedules
- Grain Bank, Proof of Yield
- AgVision Anytime.com

### Feed Manufacturing and Custom Mixing
- Included with AgVision Accounting

### Chemical Management
- Included with AgVision Accounting

### Fertilizer Management and Blending Program
- Integrated with AgVision Accounting

### Interfaces
- E-ADM
- Junge
- Sudenga
- Ranco
- Agrimine
- Sterling
- DTN
- MN CNS
- GAC, Steinlite, FOSS, Perten
- Easy Automation
- Feed Mill Manager
- Fuel EDI
- S&M Controls
- Grain Inspectors/AGRO
- Meta Farms/Pig Champ
- Gas Boy/Passport Fuel

agvisionsoftware.com
515.964.0708    1601 N. Ankeny Blvd., Ankeny, Iowa  50023-4159

# AgVision Accounting and Inventory Management Software





Download our brochure

**Established in 1976**, AgVision is an industry leader in developing powerful accounting and inventory management software for agribusiness. Several hundred grain elevators, seed processors, cooperatives, fertilizer retailers, feed stores, ethanol plants, farms and tree nut processors nationwide are using our products and services.

We represent four generations of accounting, business, technology and agricultural experience and want to help you and your company become more efficient. All of our employees are located here, and all of our software is written in house by our own programmers.

Click here to go to our Software page for more details.

## AgVision Customers Say...

"Initially, we chose AgVision because the software seemed to be the most user-friendly. But the biggest

thing is they have adapted some of their programs to the needs we have. Some software providers would say, 'You have to live with it this way.' But Agvision helps me find a solution to my challenges."

**Bruce Graham**
Rumbold & Kuhn, Inc, Wyoming, Illinois
*Customer since July 1987*



## Request More Information

### Want more information about AgVision software?

Simply call us at 800.759.9492 or use our Online Request For Information form.



## Recent News

### The AgVision Windows Payroll Program is available!

March 11, 2014

The AgVision Windows Payroll is written with the most current programming tools. An optional Time Clock Entry Screen can be added so that employees can check in and out for duty directly on the computer Read More >>

Read All News Items

© 2014 AgVision



**DMI Computer Technologies** 1601 N. Ankeny Blvd, Ankeny, IA 50023-4159
515-964-0708 or 800-759-9492

# AgVision Grain Software is the right choice!

Choosing accounting and inventory software is one of the most important decisions you will make for your agribusiness. It has to be comprehensive enough to handle your complex transactions, yet flexible enough to meet the expectations of your customers, directors and regulators.

At AgVision, we have been producing quality, market-proven software for more than three decades. We've set the standard and have tailored our work to your needs in an ever-challenging marketplace and regulatory environment. Instead of programming code we think you want; we listen, learn and develop software that you tell us you need.

Whether your business is a grain elevator, cooperative, feed mill, fertilizer plant, country store, ethanol plant, farm or tree nut processor, AgVision is the right choice. With AgVision, you can chart your financial position, create sales and purchase contracts, process inventory, master your receivables and payables, apply booking contracts and pre-paid dollars, create and use purchase orders, pay patrons, run payroll, print DPRs, split settlements, print paper checks or make ACH payments, and more.



- ## Commodity Manager

    Customers say this is the best grain program on the market! Commodity Manager also is available in seed and treenut versions.

    ## Grain Scale Interface

    AgVision's Scale Interface Software is available in a traditional, stand-alone, and touch screen mode.

### Moisture Tester Interfaces

Capture moisture tester results from GAC, Perten, Steinlite and FOSS moisture testers.

### agvisionanytime.com

Give customers 24/7 access to their account information through your company's web site.

- ### Accounting Software for Agribusiness and Cooperatives

Custom designed accounting software for your industry. A complete Windows program that supports the ten-key pad makes data entry fast and easy.

### Feed Manufacturing and Custom Blending

Create manufactured and custom-blend feed.

### Payroll

Comprehensive payroll software for large and small groups; pay employees by check or direct deposit.

### Patron Equity, Customer History, 1099 and Informational Forms

Cooperatives use Patron Equity to account for their members' investments. Customer History and 1099 and Informational Forms offer enhanced reporting capabilities.

### Point of Sale

AgVision's Point of Sale hardware and software can speed up your cash register sales.

- ### Fertilizer Manager

Create fertilizer recommendations, formulas, mix sheets, batches, invoices, field history and maps. Perfect for dry, liquid and suspensions.

### Degree Day and Budget Billing

Manage your propane inventory, delivery and billing records with this software.

## Interfaces

AgVision offers many interfaces with other software and hardware.

## Executive Reporting

Advanced reports for owners, executives and managers.

© 2014 AgVision



**DMI Computer Technologies** 1601 N. Ankeny Blvd, Ankeny, IA 50023-4159
515-964-0708 or 800-759-9492

# Computers and Networks

DMI sells the servers, workstations, printers and accessories to complement your AgVision Software. Offering a complete solution--from conception to support, we stand behind our products and services.

Our trained technicians are experienced with a variety of computer hardware, and they can design a complete system for your organization.

They work along side our software support specialists and programmers to make sure your software and computer systems meet and even exceed your standards.

The computers and equipment we sell are business-class, current generation technology and are designed to last several years or more.

## AgVision Customers Say...

Using the AgVision Windows AP and Disbursements is: **"Awesome! Easy! Quick ... and so cool!"**

**Kat**
Farmers Mill and Elevator, Castle Rock, Minnesota
*Customer since June 1986*

© 2014 AgVision



**DMI Computer Technologies** 1601 N. Ankeny Blvd, Ankeny, IA 50023-4159
515-964-0708 or 800-759-9492

# AgVision Support & Training

AgVision is best known for its reliable support and training. It is a priority for us. We understand the business, industry and regulatory pressures that you face.

We customize our services to meet your needs. We provide training and support on-site, in our Ankeny classroom, over the phone, by e-mail, and live through the Internet.

During harvest, we offer expanded support hours to make sure your questions are answered at your busiest times.

We have many years of experience in helping people with their grain and other agribusiness accounting.

# On-Line Support

If you already are an AgVision customer, we have created a full-featured customer support website just for you. Visit AgVisionSupport.com to access the Customer Portal.



# AgVision Customers Say...

After going through software training at AgVision: "It's one-on-one and uses our information. That makes it easier to remember and is directly related to real-life situations. Everyone was friendly and helpful."

**Patrick Prochno**
Stewart Grain Co., Inc., Williamsport, Indiana
*Customer since 1989*

© 2014 AgVision



# AgVision Partners

AgVision is a leading developer of agribusiness accounting software. We work with other technology and software leaders to provide the quality products and services our customers deserve.

## Partners

Microsel

Microsoft

Hewlett-Packard

OKIDATA

American Solutions for Business

Symantec

DTN

Verifone

Gilbarco

## Resources

Iowa Grain Warehouse Bureau

Illinois Grain Warehouse Bureau

Federal Grain Inspection Service

## Associations

Agribusiness Association of Iowa

Grain & Feed Association of Illinois

Minnesota Grain and Feed

Nebraska Agri-Business

Nebraska Grain and Feed

North Dakota Grain Dealers Association

Wisconsin Agri-Service Association

South Dakota Grain and Feed

Kansas Grain & Feed

Missouri Ag Council

Texas Grain and Feed

National Grain and Feed Association

Southeastern Grain and Feed Association

NTEP

GEAPS

National Conference on Weights and Measure

## AgVision Customers Say...

"We are able to do more work in less time with greater accuracy. AgVision is a company large enough to offer great products, but small enough to offer the good service we need."

**Max & Sharon Smith**
Smith Fertilizer and Grain, Knoxville, Iowa

*Customer since 1990*

© 2014 AgVision



**DMI Computer Technologies** 1601 N. Ankeny Blvd, Ankeny, IA 50023-4159
515-964-0708 or 800-759-9492