

# AgVision®
## Agribusiness Software

ACCOUNTABILITY.  PROFITABILITY.  EFFICIENCY.



# Accounting & Inventory Management Software

GRAIN, FEED, FERTILIZER, CHEMICALS, TREE NUTS

**agvisionsoftware.com**



*AgVision® Agribusiness Software*



# AgVision® is the right choice.



## Comprehensive, flexible and easy to use software. We listen, understand and are all about helping you.

Choosing accounting and inventory software is one of the most important decisions you will make for your agribusiness. It has to be comprehensive enough to handle your complex transactions, yet flexible enough to meet the expectations of your customers, directors and regulators.

At AgVision, we have been producing quality, market-proven software for more than three decades. We tailor our work to your needs and an ever-challenging marketplace governed by a myriad of laws and regulations. Instead of programming code we think you need; we listen, learn and develop software that you tell us you want.

We integrate our software with your accounting and technology requirements. Then, we stand behind our products with people who care. Our family-owned business represents four generations of accounting, business, technology and agricultural experience. We want your business to prosper so it can be the best elevator, retailer, plant, or processor in your area.

# The Accounting Software for Rural America

Today's agribusiness is technology driven. Often, at a moment's notice, you are expected to know your financial position, what inventory you have on hand to manufacture, process or sell, and in the case of recalls trace to the source items you have bought and sold. This is in addition to your everyday accounting responsibilities. AgVision software can help.

**Chart your financial position, create sales and purchase contracts, process inventory, master your receivables, apply booking contracts and prepaid dollars, split settlements, write paper and electronic checks.**



# AgVision® Software Solutions



### COMMODITY MANAGER
Manage grain from the purchase to the sale. Create, track and print contracts, scale tickets, bills of lading, warehouse receipts. Produce daily and monthly position records. Limitless inventory reports. Track margins and risk exposure. Settlement sheets and proof of yield reports. Advanced, deferred and progress payments. Pay by check or direct deposit. Handles transfers and direct shipments. Numerous grade factors, various storage rates, traceability requirements. Multiple bins and locations.

### COMMODITY MANAGER FOR TREE NUTS
Purchase, process, track and sell nuts. Print sales and purchase contracts, pay growers, track inventory by variety and sorting requirements, process, package, and produce documentation for inspectors and for domestic and international shipping.

### COMMODITY MANAGER FOR SEED
Process and condition seed. Track by traits, variety and lots. Create documentation for purchases and sales.

### COMMODITY MANAGER SCALE INTERFACE (NTEP-CERTIFIED)
Decrease load-handling time with a live or Stand-alone Scale Interface (SAS). Print paper tickets or electronic files. SAS is for elevators that have remote scales with no reliable network connection to the main server.

### FINANCIAL ACCOUNTING & FEED MIXING
Accounts Receivable/Bookings & Prepaids, Point of Sale, Inventory, General Ledger, Disbursements, Sales History, Accounts Payable, Sales Commission, Payroll and Patron Equity. Apply booked products and prepaid dollars to specific sales, split invoices, track regulated ingredients, chemicals and lot-tracked items. Blend, bill for both manufactured and custom mixes. Apply grain bank.

### FERTILIZER MANAGER
Measure your agronomy department's profitability and provide regulatory documents. Formulate, mix, invoice and record sales of services and liquid or dry fertilizers. Meet soil test recommendations based on least-cost calculations. Adjusts ingredients proportional to actual weights. Split invoices among customers with varying percentages. Use prepaid dollars and booking contracts. Calculate application fees, delivery charges, taxes, services. Field history statements, restricted chemical usage reports.

### AGVISIONANYTIME.COM AND E-BUSINESS
Give customers secure Internet access to accounts 24/7 with agvisionanytime.com. Pay electronically, export inspection and payroll data to the various agencies, or simply e-mail invoices or scale tickets.

### DEGREE DAY AND BUDGET BILLING
Forecast the amount of home heating fuel a customer will use and project when a delivery/refill needs to be made. Offer your customers affordable, level payment plans.

### GASBOY INTERFACE
Track your fuel purchases and inventory, and record sales at the pump.

# AgVision® Agribusiness Software



▶ **Commodity Manager**

▶ **Scale Interface**

▶ **Accounting with Bookings & Prepaids**

▶ **Payroll**

▶ **Feed Manufacturing & Custom Mixing**

▶ **Fertilizer Blending & Billing**

▶ **Point of Sale**

▶ **Patron Equity**

▶ **Agvisionanytime.com**

▶ **Degree Day Accounting & Budget Billing**

▶ **Gasboy Interface**

▶ **Various Interfaces to Mixers, Controls, Meters & Pumps**

# Professional Installation, Training and Support

We install AgVision software on computers that we sell and support on a variety of Microsoft® Windows operating systems and networks. Our quality equipment is built to withstand dusty environments. We also offer network consulting, depot repair and on-site maintenance of computers and printers.

Remote location processing of your data, either on-line or in batch, is available by using the Internet, landlines, or wireless communications.

Software training is available in our classroom, at your business, and via the Internet. Classes are scheduled regularly and at your request. We customize each class to your business model and use both classroom and your business data. Review and advanced classes are also available. We want you to be confident and comfortable with the software from the start. Our goal is for you to be up and running according to your schedule.



Outstanding support has made AgVision the industry leader for agribusiness software. We are committed to making your AgVision experience pleasant and beneficial. With support via the telephone, Internet or at your office, we are there when you need us. During peak business periods, such as harvest, we work extended hours to better serve your needs.

**We listen and respond to your requests by regularly updating our products to incorporate your ideas for enhancements.**

You will receive regular software updates, and we will teach you how to use those new features. That way, you will realize the most benefit from your AgVision software.



# AgVision®

*Agribusiness Software*

**DMI COMPUTER TECHNOLOGIES**
1601 N. ANKENY BLVD, ANKENY, IOWA 50023-4159
515-964-0708 OR 800-759-9492

## agvisionsoftware.com