Case 4:14-cv-00185-JEG-HCA   Document 1-5   Filed 05/08/14   Page 1 of 4

*An AgVision® Publication*

# Bits 'N Bushels

*Issue Twelve*          *www.agvisionsoftware.com*          *Spring 2001*

## ON THE INSIDE:

*AgVision Anytime.com is available this spring*
*AgVision Seminar Schedule*
*Smith Fertilizer and Grain is featured*
*Using AgVision in Windows*

*Tips for Using AgVision*
*Things to Remember*
*Lynda Rains is AgVision Employee of the Year*
*Three AgVision Employees are Commended*



**DMI Computer Technologies   AgVision®**

AgVision is a registered trademark and division of DMI Computer Technologies
1601 N. Ankeny Boulevard, Ankeny, Iowa   50021

*AgVision appreciates your business!*

# AgVision® to launch AgVision Anytime.com

## Web solution will give you an easy to maintain Internet presence and allow your customers secure Internet access to their accounts and other information

AgVision has developed a Web solution to help you tie your customers closer to you: it's called *AgVision Anytime.com*.

The solution provides an easy to maintain Web presence and allows you to give your customers access to their account information over the Internet.

It's a value-added service and will be available this spring.

The two initial packages available are: the AgVision Anytime Gold and AgVision Anytime Silver packages. The Gold Package includes a complete Web page with your logo photo and ads, Web hosting, customer account access, and 10 e-mail accounts.

You can use the Web site to post information such as your company newsletter, specials and classified ads, and you can easily update that information using a word processing or Web page design application. No programming knowledge is required. Standard links include the Weather, CBOT, the Stock Market, U.S. Commodities, and the USDA.

The Silver package involves linking your existing Web site to AgVision's data server so your customers can access their accounting information, such as contracts, tickets, and shipments as well as account information.

Included with both packages is a Bids & Offers feature by which you can post bids and receive, accept, reject and counter offers.

Additional e-commerce features are coming. You must have the AgVision Commodity Manager and be current on your Software Contract to qualify.

Anyone interested in purchasing this e-business solution can contact the AgVision Sales Department.

## AgVision offers a host of programs to help improve your efficiency

In addition to financial accounting, grain management, feed mixing, and fertilizer blending software programs, AgVision also offers a host of other modules custom designed for the agribusiness industry. Examples are:

- ☒ Work Order
- ☒ Patron Equity
- ☒ Scale Interface
- ☒ Point of Sale
- ☒ Sales Commission
- ☒ Gas Boy Accounting
- ☒ Degree Day Accounting
- ☒ Easy Systems Interface
- ☒ ADM Interface
- ☒ Advance Tech Interface
- ☒ State of Illinois Inspectors EDI
- ☒ State of Illinois Fuel EDI

- ☒ RANCO/Lakeland Fertilizer Mixer Interface
- ☒ AgVision Anytime.com

Upcoming interfaces:

- ☒ Harvest Partners
- ☒ Moisture Testers



**Things to Remember**

The value of time.
The success of perseverance.
The pleasure of working.
The dignity of simplicity.
The worth of character.
The power of kindness.
The influence of example.
The wisdom of economy.
The obligation of duty.
The virtue of patience.
The improvement of talent.
The joy of originating.

— Marshall Field

Are you ready for AgVision Commodity Manager? Call AgVision if you want to convert to the powerful windows program for grain.

Bits 'n Bushels is a publication of AgVision,® a registered trademark & division of DMI Computer Technologies. To submit ideas for articles or content for this publication, call 515.964.0708.   www.dmicomputer.com

# Featured AgVision Client:

Max & Sharon Smith, Smith Fertilizer and Grain, Knoxville, Iowa

Max & Sharon Smith have taken Smith Fertilizer and Grain to new levels: the Knoxville, Iowa-based company has blossomed into an area industry leader in all phases of technology, from custom application to global satellite technology.



The fourth-generation family business has grown at a steady clip of 5 percent each year for several years, and in 2000, alone, it custom applied 75,000 acres from Central Iowa to the Missouri border.

Their success is attributable to a keen focus on service and an acute ability to understand and apply technology. The company mission statement summarizes their direction succinctly: "To further enhance and improve profitability in agriculture with the latest technology possible."

Max's parents, Lyman and Jeanne Smith, started the business in 1960 to fill in a much needed service niche in the marketplace. The family incorporated the business in 1971, and re-energized its commitment to provide good customer service.

Smith's core business is grain, feed, seed, fertilizer, chemicals, and a farrow-to-finish hog operation. The operation is large and growing. In Knoxville, they have large elevator, fertilizer plant, and hog operation, and they are building a new office complex. At their second location in Pleasantville, they have a feed mill, elevator and fertilizer plant.

AgVision customer since 1990, the Smith's chose AgVision because of its reputation of having a good grain program. They now have the Financials and Fertilizer programs, too. The software and support has met, and in many cases has exceeded their expectations.

"We are able to do more work in less time with a greater accuracy," Sharon said.

## Running AgVision in Microsoft Windows
*Software Specialist Pat George offers these tips:*

### Using Windows to print a graphic of what is on your computer screen

Often times an AgVision Software Support Specialist will ask for a screen print to help identify problems you might be having with your system. If your operating system will not allow you to print the AgVision screen by simultaneously holding down the Shift and Print Scrn keys, follow these steps:



1. The AgVision program must be in the Windows mode. If AgVision is maximized, press the **Alt** and **<Enter>** keys at the same time. This action will place the AgVision screen in a Window. If it is too small, resize the window using the drop down Window in the upper left hand portion of the screen.
2. Press the **Print Scrn** key one time.
3. Hold down the **Window** key and letter **M** at the same time. This will minimize all programs to the task bar.
4. Click on **Start**, position the arrow on **Programs**, and then **Accessories**. Open *either* Wordpad or Paint
5. After the program opens click **Edit** on the menu. Select **Paste**.
6. Click on **File**, then **Print**. The graphic will print best if you print in landscape mode.
7. If you wish to save the screen print use **File, Save As**.

### Golf in Heaven

Moses, Jesus and som 'ol geezer were playing a round of golf. Moses teed off, the ball went to right into the pond. "No problem!" he said. Moses walked over, parted the water, and hit the ball again. This time it landed about one foot from the hole.

Jesus then teed off and the ball went flying off to the left, hit a tree, then miraculously bounced within about six inches of the hole.

The 'ol geezer stepped up and teed off. As the ball headed for the pond, a huge bass jumped up and grabbed it in its mouth. Suddenly, an eagle swooped down, grabbed the bass and flew over the green. The bass dropped the ball and it rolled within two inches of the hole. Suddenly, a worm popped up and knocked the ball in! A hole in one.

Moses looked at Jesus and said, "You know, I really hate it when your dad plays."



Spring 2001

# DID YOU KNOW THAT...?

*Marcia Bancroft, AgVision Software Specialist, has these tips for using AgVision software:*

### FERTILIZER PROGRAM

Ready or not, spring is on its way! When you least expect it, the snow will melt and everyone will be anxious to be outside and in the fields.

I have some suggestions for your AgVision housekeeping:

First, print the **Recommendation Report** and the Mix Sheet Report found under selections **2. Recommendation Reporting** and **12. Mix Sheet Reporting** on the Fertilizer Main Menu.

Then use **36. Delete Routines** on the same menu to purge the old soil test recommendations and mix sheets.

### GRAIN BANK INTERFACE

This is a reminder to those of you using this Grain Bank Interface feature in the **Accounts Receivable** program:

When Invoices are posted, shipment transactions are created in the **Grain Inventory** and **Commodity Manager** systems to record the grain used in feed. Make certain that you post those shipments daily so that you are accurately



reflecting the daily activity on the Position Record.

Also, absolutely call an AgVision Software Support Specialist if you have to *restore* an *accounts receivable prepost backup* after you have posted invoices with grain bank activity.

Before you *restore* the information, you will need to know if the shipments have been posted. The *accounts receivable restore* will not adjust the grain records.

The Agvision Software Support Specialist will ask you to print shipment reports to determine the status of the shipments. Those transactions will need to be deleted in order to avoid duplicate transactions when the invoices are posted again.

Once the *restore* has been completed, you can make corrections and will be able to post invoices again, and continue with your work.



*Year 2000*



### Employee of the Year

Lynda Rains, AgVision software support specialist, was named Employee the Year 2000 at DMI Computer Technologies.

Recognized for her good attitude, professionalism, expertise, loyalty and commitment to DMI, she is considered a true team leader by her colleagues and customers.

Lynda has worked for AgVision for 18 years and is the first recipient of the new award.

### AgVision employees are commended

Three AgVision employees in January were awarded for their outstanding work in year 2000.

Denis Graber and Carol Turner were given the Innovator Award for identifying and carrying out ideas which directly contribute to the company's success. Carol, software support specialist, was commended for her work in developing the AgVision on-line documentation and manuals. Denis, director of technical services and consulting, was commended for his work in bringing wireless technology to the company and its customers.

Marcia Bancroft, software specialist, was given an award by co-worker Pat George for consistently going beyond the call of duty with customers, as well as colleagues.