# Agribusiness Association of Iowa

900 Des Moines St., Des Moines, IA 50309 * 515-262-8323 * 800-383-1682 * www.agribiz.org





On The Green or at the awards ceremony, we are here to get together and have fun!

*"Believe In Iowa Agriculture"*

AAI sends a special thank you to our sponsors for your quarterly AAI Publication:



*Ag Vision Agribusiness Software*
*Ankeny, IA*
*(800)759-9492*



*Siouxland Scale Service, Inc.*
*(800)728-8053*
**Locations in Sioux City, Ft Dodge, Mason City, Waterloo, Des Moines*

## "Teeing Up" For the 2008 AAI Golf Events

The AAI Golf Committee has announced the 2008 Golf Event dates. Over 325 participants played 18 holes over the course of these events in 2007 and AAI is hoping to increase that number in 2008.

AAI representatives will be hosting the PAC hole at each event this year to raise money to support "ag friendly" candidates in elections. Local legislators will be invited to attend the events.

These events are popular as a means to see friends in the industry and entertain guests. Each event includes a lunch and an awards ceremony at the end. The dates are as follows:

### In This Issue

- *"Teeing Up" for the 2008 Golf Events*
- *AAI Foundation's 4th Annual Motorcycle & Classic Car Run*
- *Featured Member, Heartland Ag*
- *AAI & IBA Celebrate Ag Day at the Capitol*
- *2008 TAL Program*
- *Welcome New AAI Staff*

| July 15, 2008<br>Emerald Hills, Arnolds Park<br>12pm Lunch–1pm Shotgun | July 22, 2008<br>Lake Panorama, Panora<br>11am Lunch–12pm Shotgun |
|---|---|



August 26, 2008
Legacy, Norwalk
11am Lunch–12pm Shotgun



| September 9, 2008<br>Amana Colony, Amana<br>11:30am Lunch–12:30pm Shotgun | September 25, 2008<br>Lake Creek Golf,<br>Storm Lake<br>11am Lunch–12pm Shotgun |
|---|---|

**HOW CAN I PARTICIPATE?**
Go to www.agribiz.org to get a registration form, or contact the AAI office at 515-262-8323. This is a great way to bring employees and customers together in a fun atmosphere. Reserve your team today!

Do You Want To Be A 2008 Golf Sponsor?
Host a hole and network with members. Get statewide advertising all summer!
Contact Jackie at AAI for details.

### Welcome 2008 New Members of AAI:

**Accu-Steel, Inc.**
Templeton, IA
**Marcus Construction**
Prinsburg, MN
**MaxYield Cooperative**
West Bend, IA
**Superior Services**
Wellman, IA
**M & I Bank**
Minneapolis, MN
**Hansen-Mueller Company**
Omaha, NE
**Rossie Feed & Grain**
Rossie, IA
**Electronic Engineering**
Sioux City, IA

# Agribusiness Association of Iowa Foundation
## 4th Annual Motorcycle / Classic Car Run

The Agribusiness Association of Iowa Foundation announces their 4th Annual Motorcycle / Classic Car Run August 22-23, 2008.

The AAI Foundation supports two scholarships. The Winton Etchen and Chris Murray scholarships began in efforts to help future leaders in agriculture receive the education they need to succeed in the industry.

We encourage everyone to attend. Bring your friends and family to help celebrate the future success in Iowa agriculture.

For more information on the AAI Foundation event and the scholarship program, go to our website at www.agribiz.org.

What Does the
AAI Foundation Do?
The charitable goals of the AAI Foundation reflect the interests of the agribusiness industry and benefit AAI members by promoting research projects, member education, stewardship and higher education scholarships.

| | |
|---|---|
| **Date:** | **August 22-23, 2008** |
| **Ride:** | Riders will congregate and have a fun ride through western Iowa. The Foundation will have door prizes and dinner that evening. The following day will be a scenic ride along the Missouri river. |
| **Cost:** | $50 - Primary Riders/Drivers - $30 Passengers This will include the ride (either or both days), social hour and dinner on Friday. |
| **Lodging:** | AAI will provide contacts for accommodations upon registration. You will need to reserve your room before August 1st. |

**\*\*All proceeds are tax deductible & will be used to fund projects through the AAI Foundation.**

*AAI members and friends gather together before their ride down the Mississippi River.*



## Agribusiness Association of Iowa
## Featured Member: *Heartland Ag*

Heartland Ag has been a member of AAI for over 26 years. They have been supportive of many events including the Expo and Foundation Run. Dwight Porter, Partner has also served on the AAI Board of Directors for seven years and the AAIS Board of Directors for three years.

Heartland Ag is the distributor for Case IH fertilizer and chemical application equipment including the Patriot

Sprayer featuring AIM Command in Iowa and Missouri. Heartland is also a distributor for all sprayer parts and accessories and they provide a full shop and mobile service units for all products they sell.

*For more information on our featured member, please contact:*

Dwight Porter, Partner
Dave Decklever, Partner
Heartland Ag
(800) 779-7979
www.heartlandagequipment.com

*Heartland Ag is located on Lincoln Way on the west side of Ames, IA.*





*Dwight Porter and Dave Decklever, partners of Heartland Ag are long-time members of AAI.*

# AAI & IBA Celebrate Ag Day at the Capitol

The Agribusiness Association of Iowa and the Iowa Biotechnology Association hosted the "2008 Ag Day" celebration at the State Capitol on March 19, 2008. This event is held to encourage Iowan's to recognize and celebrate the contribution of agriculture in our everyday lives.

Representatives from state commodity, biotechnology and agribusiness groups were on hand to share information (and food!) from their respective organizations.

The celebration fell on the same week of the National Ag Day, the first day of spring. This day is recognized nationwide to raise Americans' awareness of the importance of U.S. agriculture in the stability of the economy and in feeding the world.

*"Believe In Iowa Agriculture"*



*Thank you to the participating businesses / organizations:*

Aerial Applicators
Agribusiness Association of Iowa
Associated Milk Producers, Inc.
Cargill
Iowa Beef Industry Council
Iowa Biodiesel Board
Iowa Biotechnology Association
Iowa Department of Agriculture & Land Stewardship
Iowa Egg Council
Iowa Farm Bureau Federation
Iowa Nebraska Equipment Dealers Association
Iowa One Call
Iowa Pork Producers Association
Iowa Seed Association
Iowa Soybean Association
Iowa State Dairy Association
Iowa Turkey Federation
Iowa Wine Growers Association
Kemin
Monsanto
Petroleum Marketers and Convenience Stores of Iowa
Pioneer
4-H Foundation

## Announcing the 2008 TAL Program

The Agribusiness Association of Iowa recognizes the participants for the 2008 Tomorrow's Ag Leader (TAL) class.

The goal of this program is to develop informed and confident agribusiness leaders who will experience first hand the opportunities and challenges of moving this industry forward into the next century both politically and economically.

The first session of the program was on March 19-20 with a visit to the State Capitol during the "Ag Day" celebration. They met on the second day with the AAI Board for the quarterly meeting.

**John Harris**
Smith Fertilizer & Grain
**Brian Heilskou**
Twin State, Inc,
**Adam McKain**
Crop Production Services
**Jeremy McMinemee**
Aspinwall Cooperative Company
**Jim Porter**
Ag Partners, LLC.
**Michelle Price**
Ag Processing, Inc. (AGP)
**Douglas Welsh**
Farm Service Company

In July, the class will visit Washington, DC. and learn more about agriculture on the federal level.

Thank you to all 2008 TAL Program sponsors:
AGP, Agrium US Inc., Albaugh, Inc., Bayer CropScience, Brokaw Supply Co., CF Industries, C-S Agrow, Cargill, Crop Production Services, DMACC, Dow AgroSciences, Eldon C. Stutsman, FC Stone LLC, Gold-Eagle Coop., Heartland Coop., Koch Nitrogen Co., Murphy Brown, LLC, Midwest Laboratories, Syngenta, Terra Industries, Twin-State and Winfield Solutions.

*Agribusiness Assn of Iowa*

*900 Des Moines Street*

*Des Moines, IA 50309*

*Phone:*

*(515) 262-8323*

*(800) 383-1682*

*Fax:*

*(515) 262-8960*

*Contact:*

*Jackie Haley, Editor*
*Membership Director*

*E-Mail:*
*jackie@agribiz.org*

*Web Site:*
*www.agribiz.org*

*Staff:*

*Mona Bond*

*Joan O'Brien*

*Jackie Haley*

*Jeannine Maurer*

*Laura Sinnwell*



**AGRIBUSINESS**
**ASSOCIATION OF IOWA**

# Welcome New Staff at AAI



**AGRIBUSINESS**
**ASSOCIATION OF IOWA**




**AGRIBUSINESS**
**ASSOCIATION OF IOWA**

Laura Sinnwell joined the AAI team in 2008 as Communications Assistant. In this capacity she works with AAI communications, including the AAI web page and all AAIS contracted associations' newsletters and event coordination. Originally from West Des Moines, Laura graduated from University of Iowa with a B.A., double majoring in Journalism and Communication Studies. After college, she worked for Celebrity Cruises on their Millennium Ship as a Broadcast Assistant. She traveled with the cruise line throughout the Mediterranean, filming various events and activities.

## Your 2008 AAI Board of Directors

**Mark Stutsman, Past Chair,** Eldon C. Stutsman
**Mark Rosenbury, Senior VC.**
**John Flood, VC,** Fowler Elevator
**Craig Struve, District 1,** C-S Agrow
**Rick Petersen, District 3,** Farmers 4 County. Coop
**Bob Farber, District 5,** New Alliance FS
**Rich Bishop, At-Large,** Northeast Iowa Coop
**Allyson Perry, At-Large,** Murphy Brown, LLC
**Zach Coffelt, At-Large,** Hancock Elevator
**Joe Ewing, Plant,** Terra Industries
**Fred Oelschlaeger, Grain,** Cargill Ag Horizons
**Denny Bell, Affiliate,** Fertilizer Dealer Supply
**Dr. Rob Denson, Ex-Off.,** DMACC
**Mike Duncomb, AAIS,** Innovative Ag Services
**Louie Herman, AAIS,** Crop Production Services
**Kevin Drury, AAIS,** Hedlin Ag Enterprises

**Troy Upah, Chair,** Ag Partners, LLC
**Bob Farber, VC,** New Alliance FS
**Jose Laracuente, AAIS Ch.,** Ag Vision Software
**Steve Weiner, District 2,** Cartersville Elevator
**Mike Maranell, District 4,** Ag Processing, Inc.
**John Flood, District 6,** Fowler Elevator
**Cecil Harry, At-Large,** Heartland Co-op
**James Russmann, At-Large,** Farm Service Co
**Paul Von Tersch, At-Large,** Van Diest Supply
**Steve Cummings, Feed,** Tri-Oak Foods, Inc.
**Dave Flakne, Crop Prot.,** Syngenta Crop Prot.
**David Thompson,** Stine Seed Company
**Dr. Gerald Miller, Ex-Off.,** College of Ag, ISU
**Diane Tefler, AAIS,** EBS Holmes Murphy
**David McLaughlin, AAIS,** Stockport Elevator
**Steve Schoenebaum, AAIS,** AAI Attorney


**AGRIBUSINESS**
**ASSOCIATION OF IOWA**

*Agribusiness Assn of*
*Iowa*
*900 Des Moines Street*
*Des Moines, IA 50309*
*515-262-8323*
*www.agribiz.org*



AgVision Software for Agribusiness
Jose Laracuente
1601 N Ankeny Blvd
Ankeny, IA 50021

02 1M
0004228563
**$ 00.41⁰**
APR 16 2008
MAILED FROM ZIP CODE 50309

RECEIVED APR 1 7 2008