





**Knoxville, Albia, Indianola, Leon**

**Spring Hours Starting April 14th until May 31st**

o Monday – Friday: 7:30 – 6 pm

o Saturday: 7:30 – 4 pm

o Sunday:  Noon – 4 pm

**Massena Spring Store Hours**

**Starting April 14th until May 31st**

o Monday – Friday: 7:30 – 6:30 pm

o Saturday: 7:30 – 5 pm

o Sunday:  9:00 – 4 pm

**Macedonia, Pacific Junction, Hamburg**

**Spring Hours Starting April 7th until May 31st**

o Monday – Friday: 7:30 – 7 pm

o Saturday: 7:30 – 5pm

o Sunday: 9–4pm

**Note:  All stores will be closed Sunday April 20th in observance of Easter.**

ELS   copyright © 2013                    Home / About Us / Locations / Search Equipment / Careers / Employee Login / Site Map