# CRESTON NEWS ADVERTISER

- NEWS
- OBITUARIES
- COMMUNITY
- PHOTOS
- TODAY'S ADS
- CLASSIFIED
- WHEELS
- SPORTS
- OPINION
- VIDEO
- E-EDITION
- MORE
- REAL ESTATE
- JOBS



By JAKE WADDINGHAM CNA associate editor jwaddingham@crestonnews.com

**T**wo area farm implement businesses have merged to provide better service to John Deere customers.

Barker Implement and A&M Green Power came together Jan. 1 to form AgriVision. The company will cover 28 counties in southwest and south central Iowa as well as parts of eastern Nebraska and northern Missouri with 13 store locations.

"If you look at both companies, they have been on a growth path for years and the industry continues to consoledate," said AgriVision COO Bob Irr. "It is a journey that has been going on for a while. We believed the next logical step was the merger."

Store locations include Creston, Lenox, Albia, Clarinda, Hamburg, Indianola, Knoxville, Macedonia, Massena, Leon, Pacific Junction, Red Oak and Winterset.

Irr said the two companies also had similar value points, especially in regards to family ownership and customer service that owners Don Athen and Todd Barker will strive to continue.

Barker Implement was established in Lenox in 1936 and is a third-generation family operation. The business started its expansion in 1991 and grew to eight John Deere dealerships before the merger.

A&M Green Power was created after the McCready family of Macedonia and Athens family of Hamburg partnered together in 2006. The company later added McCunn Implement of Massena.

The family operations that make up AgriVision have 312 years of combined agricultural experience and the company's CEO is Jeremy Ostrander.

"It is a generational transition," Irr said. "We expect the family ownership to be a key part of the business as we go forward."

With more than 400 employees, Irr said AgriVision will focus on providing progressive thinking with the same old-fashioned, personal customer attention.

AgriVision will be able to have personnel who specialize in new agricultural technology.

"The use of technology continues to grow and that will be a key to our business to make sure we have the right tools in place to help the customer use it effectively," Irr said.

But Irr said the biggest benefit for area John Deere customers is the longevity of service AgriVision will be able to provide.

"We are in a position to provide for our customers for years to come," Irr said.

## More News

### GRMC Auxiliary awards $5,000 in scholarships
April 22, 2014 - 11:56 am


### Iowa CCI discusses concerns with expanding swine facilities
April 22, 2014 - 3:03 pm

### Habitat for Humanity raises money at tip night
April 22, 2014 - 11:54 am


### Afton City Council requests speed reduction on Old Hwy 34
April 22, 2014 - 3:03 pm

### Volunteers still needed at Creston/Union County Visitor Center

April 22, 2014 - 10:30 am

### YMCA to host Healthy Kids Day Saturday

April 21, 2014 - 12:32 pm

## Comments



**0 comments**

**Sign in**

+ Follow      Share      Post comment as...

**Newest** | Oldest | Top Comments





## Local Business Guide

**Featured Businesses**

Carter Agency Inc

Boyd Maytag Home Appliance Ctr

Nelson Car & Truck Ctr

Osceola Parks & Recreation

First Baptist Church

Nightlife/Bars & Restaurants   ?

**Search for a business**

Add your business here +

## Reader Poll

**Should the Veishea celebrations in Ames be cancelled indefinitely?**

Yes

No

Unsure

[Show results](#)

[About Us](#) | [Contact Us](#) | [Subscriber Services](#) | [Privacy Policy](#) | [Terms of Service](#) | [Place a Classified Ad](#) | [Careers](#) |
[Editorial Principles](#) | [Find Local Jobs](#)
[Today's Ads](#) | [Local Business Showcase](#)

**Customer Service: toll-free (800) 798-4085**
Copyright © 2014 CrestonNews.com. All rights reserved. Published in Creston, Iowa, USA, by Shaw Media.
See how easy building a mobile-friendly website can be with [Shaw Media Digital](#)

