


**HOME**   |   **ABOUT US**   |   **LOCATIONS**   |   **SPECIAL OFFERS**   |   **3I INTEGRATED SOLUTIONS**   |   **AMS**   |   **BLOG**

- Used Equipment
- Ag Equipment
- Commercial Worksite Equipment
- Lawn and Turf Equipment
- Build Your Own
- Careers
- AMS
- Departments
- Ready To Mow
- Other Product Lines
- Subscribe by Email
- Financing

## 3i Integrated Solutions



AgriVision's Integrated Solutions Department is committed to providing solutions specific to your operation and integrating your machines, technology and production goals. We realize your farm isn't exactly like anyone else's, your problems are unique to your situation. You understand that technology is an integral part of today's farming practices, but it's the benefits of that technology that matter.

That is why AgriVision is dedicated to help you more efficiently capture and analyze your data. We turn that operational data into actionable, information-based solutions to improve your productivity. After all we are your local FarmSight Certified John Deere dealer, staffed with knowledgeable and specially-trained employees, salesmen, service technicians and full time Integrated Solutions Specialists.

**Do more with 3i Integrated Solutions:**

- Create Learning Blocks which allow you to experiment with crops and inputs, monitor real-time performance and analyze post-harvest results.
- Access hybrid and variety performance by soil type and/or area
- Optimize variable rate seeding
- Maximize nitrogen ROI through variable-rate application
- Determine the effect of pH on yield
- Calculate return on investment for inputs such as herbicides, fungicides and insecticides
- Confirm optimal planting speed and tillage practices
- Analyze the value of vertical tillage

**With 3i, you'll easily be able to identify these common factors that affect yield:**

- Plant population
- Planting depth
- Plant speed
- Tillage
- Hybrid/variety
- Row width
- Cover crop
- Relative maturity
- Rainfall
- Fungicide response
- Timing of fertilizer application
- Elevation
- Yield in response to soil types

**REQUEST A 3i CONSULTATION TODAY:**

ELS   copyright © 2013   Home / About Us / Locations / Search Equipment / Careers / Employee Login / Site Map