

We use cookies to ensure you get the best experience on our website.   ▶ View Cookie Policy   ACCEPT AND CONTINUE   CHANGE SETTINGS

  JOHN DEERE

John Deere International (Change)  |  Dealer Locator  |  Search 

PRODUCTS BY INDUSTRY | PRODUCTS BY NAME | PARTS | SERVICES & SUPPORT | BUYING & FINANCING | OUR COMPANY

**EXPLORE BY PRODUCTS**

- Agricultural Management Solutions (AMS)
- Displays & Receivers
- Guidance & Machine Control
- JDLink / Telematics
- Documentation
- Site Specific Farming
- MyJohnDeere

## Agricultural Management Solutions (AMS)

Home / Agricultural Management Solutions (AMS)



Agricultural Management Solutions

1 | 2 | 3 | 4 | 5



**Displays & Receivers**

Displays are an essential requirement for executing precision farming application

▶ GreenStar 2 Display 1800
▶ GreenStar 3 Display 2630

With our StarFire receivers you

**RELATED INDUSTRIES**

▶ Commercial
▶ Residential



Find your nearest Dealer

▶ Locate a John Deere Dealer

**YOU MAY ALSO BE INTERESTED IN...**

▶ View All AMS Videos

▶ StellarSupport

choose from 4 kinds of accuracy levels for the ultimate in scalable performan

- StarFire 3000
- StarFire 300
- RTK Solutions



**Guidance & Machine Control**

Depending on the guidance system and signal accuracy used, you can reduce overlap by up to 90%! John Deere guidance solutions are tailored to suit your operation and comfort level. They save you time, fuel and input costs with every pass on every hectare. And, because efficiency increases with accuracy, John Deere

enables you to easily upgrade from one guidance system to the next.

> Learn more



**JDLink/Te**

Farming is changing. Equipment fleets are expanding. Costs are rising. It is essential, therefore, to keep equipment constantly up and running. To cope with these factors fleet managers everywher are turning to the logistical advantage: only telematics can provide.

> Learn more



**Documer**

The GreenStar system provides planning and reporting tools to record data

about field conditions, tillage practices, spraying application fertiliser rates, seed varieties and population weather conditions and more. Team it with desktop software and you gain a powerful, year round system that lets you optimise your operation and facilitates full documenta of your farming enterprise.

▶ Learn More



### Site Specific Farming

It has been proven that major cost savings are associated with Section Control systems

on sprayers. Chemical prices are increasing year by year, and enormous cost savings are also possible in seeding or fertilizing tasks. With the ISOBUS standard, this functionali is now available not only for sprayers, but also for seeders/pl and spreaders.

➤ Learn more



**MyJohnD**

Unlock the full productivit of your operations through "MyJohnD This new agricultura web portal facilitates the optimizatic of machine uptime, fleet manageme and agronomic decision-making — all from a central

location.

➤ Learn more

Site Map | Privacy and Data | Cookie Settings | Legal | Provider | Contact us

Copyright © 2014 Deere & Company. All Rights Reserved