PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86179373**
**Filing Date: 01/30/2014**

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86179373 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\861\793\86179373\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | AGRIVISION EVERYTHING FOR YOUR LAND |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word "AGRIVISION" with the words "EVERYTHING FOR YOUR LAND" underneath the word "VISION" with the word "YOUR" underlined, bolded and italicized. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 944 x 729 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | AgriVision Group, LLC |
| *STREET | 58668 190th Street |
| *CITY | Pacific Junction |
| *STATE (Required for U.S. applicants) | Iowa |

| | |
|---|---|
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants only) | 51561 |
| **PHONE** | 641-782-7032 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 044 |
| ***IDENTIFICATION** | Agricultural equipment dealership services |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2014 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2014 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-20720620166-165443426_._Specimen.pdf |
| **CONVERTED PDF FILE(S)** (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\861\793\86179373\xml1\APP0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\861\793\86179373\xml1\APP0004.JPG |
| **SPECIMEN DESCRIPTION** | Website page |
| **ATTORNEY INFORMATION** | |
| **NAME** | Brian J. Laurenzo |
| **ATTORNEY DOCKET NUMBER** | 20949.001 |
| **FIRM NAME** | Brick Gentry PC |
| **INTERNAL ADDRESS** | Suite 100 |

| STREET | 6701 Westown Parkway |
|---|---|
| CITY | West Des Moines |
| STATE | Iowa |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 50266 |
| PHONE | 515-271-1748 |
| FAX | 515-274-1488 |
| EMAIL ADDRESS | brian.laurenzo@brickgentrylaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Jessica L. Susie |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Brian J. Laurenzo |
| FIRM NAME | Brick Gentry PC |
| INTERNAL ADDRESS | Suite 100 |
| STREET | 6701 Westown Parkway |
| CITY | West Des Moines |
| STATE | Iowa |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 50266 |
| PHONE | 515-271-1748 |
| FAX | 515-274-1488 |
| EMAIL ADDRESS | brian.laurenzo@brickgentrylaw.com;carole.mcfadden@brickgentrylaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |

| | |
|---|---|
| ***TOTAL FEE DUE** | 325 |
| ***TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Robert J Irr/ |
| **SIGNATORY'S NAME** | Bob Irr |
| **SIGNATORY'S POSITION** | General Manager |
| **DATE SIGNED** | 01/30/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86179373**
**Filing Date: 01/30/2014**

## To the Commissioner for Trademarks:

**MARK:** AGRIVISION EVERYTHING FOR YOUR LAND (stylized and/or with design, see mark)

The literal element of the mark consists of AGRIVISION EVERYTHING FOR YOUR LAND.
The mark consists of the word "AGRIVISION" with the words "EVERYTHING FOR YOUR LAND" underneath the word "VISION" with the word "YOUR" underlined, bolded and italicized.
The applicant, AgriVision Group, LLC, a limited liability company legally organized under the laws of Iowa, having an address of
   58668 190th Street
   Pacific Junction, Iowa 51561
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 044:  Agricultural equipment dealership services

In International Class 044, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/2014, and first used in commerce at least as early as 01/01/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Website page.

**Original PDF file:**
SPE0-20720620166-165443426_._Specimen.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The applicant's current Attorney Information:
   Brian J. Laurenzo and Jessica L. Susie of Brick Gentry PC

   Suite 100
   6701 Westown Parkway
   West Des Moines, Iowa 50266

United States

The attorney docket/reference number is 20949.001.

The applicant's current Correspondence Information:

Brian J. Laurenzo

Brick Gentry PC

Suite 100

6701 Westown Parkway

West Des Moines, Iowa 50266

515-271-1748(phone)

515-274-1488(fax)

brian.laurenzo@brickgentrylaw.com;carole.mcfadden@brickgentrylaw.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Robert J Irr/   Date: 01/30/2014
Signatory's Name: Bob Irr
Signatory's Position: General Manager
RAM Sale Number: 86179373
RAM Accounting Date: 01/30/2014

Serial Number: 86179373
Internet Transmission Date: Thu Jan 30 10:22:49 EST 2014
TEAS Stamp: USPTO/BAS-207.206.201.66-201401301022495
80882-86179373-5005b624f404c7ed67631532e
cd16e761e227567c3d1ddadb52f2143be6be8dca
-CC-10808-20140128165443426154



John Deere Dealer| Tractors| Combines| Planters| Lawn Mowers| Skid Steers » AgriVision

 

| HOME | ABOUT US | LOCATIONS | CAREERS | SEARCH EQUIPMENT | SPECIAL OFFERS |









http://www.agrivision.us/[1/27/2014 11:45:00 AM]

John Deere Dealer| Tractors| Combines| Planters| Lawn Mowers| Skid Steers » AgriVision



http://www.agrivision.us/[1/27/2014 11:45:00 AM]