NYEMASTER

NYEMASTER | GOODE PC

Keith E. Luchtel
Robert A. VanOrsdel
Richard J. Sapp
G. R. Neumann
Gregory P. Page
Randall G. Horstmann
Jay Eaton
Bradford L. Austin
Sara J. Sersland
Hayward L. Draper
Michael W. Thrall
Mark C. Dickinson
Gregory B. Wilcox
John F. Lorentzen
Rod Kubat
Steven J. Roy
Frank B. Harty
James C. Wine
Bruce W. Baker
Steven H. Lytle
Terry C. Hancock
Anthony A. Longnecker
Kevin H. Collins
Joseph A. Quinn
Wade H. Schut
Mark D. Aljets
G. Thomas Sullivan
Thomas H. Walton
Willard L. Boyd III
Jeffrey W. Courter
Hallie E. Still-Caris
David W. Benson
Brian J. Humke
Paula S. Dierenfeld
Coreen K. Sweeney
Antonio Colacino
Jill M. Stevenson
Angel A. West
Angela L. Watson Cook
Mary E. Funk
Randall D. Armentrout
Thomas M. Cunningham
Denise M. Mendt
Robert D. Andeweg
Debra L. Hulett
Mark A. Schultheis
John T. Clendenin
Neal K. Westin
Stephanie L. Marett
Stephanie G. Techau
Brad C. Epperly
Scott A. Sundstrom
Angela C. Brick
Benjamin P. Roach
Victoria A. Feilmeyer
Jason L. Giles
K. Dwayne Vande Krol
Kathleen K. Law
Mitchell R. Kunert
Michael J. Dayton
Anna W. Mundy
Matthew R. Eslick
David J. Bright
Stacey L. Hall
Kristina M. Stanger
Christian P. Walk
David T. Bower
Jay P. Syverson
Ryan G. Koopmans
Frances M. Haas
Jess W. Vilsack
Jonathan H.P. Foley
Neal A. Coleman
Reed S. Williams
Katie L. Graham

**REGISTERED PATENT ATTORNEYS**
Glenn Johnson
Robert W. Hoke
Wendy K. Marsh
Ryan N. Carter
Sarah J. Gayer

**OF COUNSEL**
James B. West
Edgar F. Hansell
R. Craig Shives
L. R. Voigts*
Gerald J. Newbrough
Drew R. Tillotson*
Russell E. Schrage*
Roger L. Ferris
Luther L. Hill, Jr.*
Keri K. Farrell-Kolb
*Retired

March 10, 2014
SUBJECT TO FRE 408

VIA E-MAIL AND FIRST CLASS MAIL
Jeremy Ostrander, CEO
AgriVision Group, LLC
58668 190th Street
Pacific Junction, Iowa 51561

Re: Dairyland Midwest Inc. dba DMI Computer Technologies
Conflict with "AGVISION" Trademark

Dear Mr. Ostrander:

Our firm represents Dairyland Midwest Inc. (dba "DMI Computer Technologies" and "AgVision") of Ankeny, Iowa. Since at least as early as 1992, our client has been using the mark "AGVISION" in conjunction with its computer software and hardware for managing information and products at agribusinesses. A detailed description of our client's goods and services can be found on our client's website www.agvisionsoftware.com. Our client's "AGVISION" trademark is the subject of Federal Trademark Registration No. 2374141, a copy of which is attached for your convenience. This registration issued in 2000 and is incontestable.

AgVision has become aware of your company's recent adoption and use of "AGRIVISION" with your agricultural equipment dealership services, as well as your pending trademark applications for "AGRIVISION" (Serial No. 86/179,397) and "AGRIVISION EVERYTHING FOR YOUR LAND" (Serial No. 86/179,373) filed in January.

It is clear your company's use of the "AGRIVISION" name is likely to be confused with our client's "AGVISION" trademark and federal registration and is likely to dilute the distinctive nature of our client's trademark. In this regard, the marks look and are pronounced nearly identical, the only difference being the addition of "RI" in the middle of "AGVISION". Further, the goods and services, although not identical, certainly run in the same channels of trade and are

being provided to identical agricultural customers. In fact, one of your companies' common customers has already informed AgVision that he did a "double take" when he first encountered your company's new "AGRIVISION" name as it was so similar to our client's established "AGVISION" trademark. This confusion is detrimental to both parties' businesses.

AgVision must therefore demand that your company immediately abandon its use of "AGRIVISION" and likewise abandon its "AGRIVISION" trademark applications. We are contacting you now with the hope this dispute can be resolved amicably and without substantial expense to either party. Since your company has only been using "AGRIVISION" for a few months it should not be a great hardship for you to adopt and use a different name at this stage. That being said, in the event you refuse, our client will have no choice but to enforce its trademark rights and file petitions at the Trademark Office opposing your trademark applications.

Shelley Laracuente of AgVision advises that she contacted and left you voice mails on February 27th, March 4th, and March 6th in an attempt to resolve this matter amicably but has yet to hear back from you. She and President/Owner Jose Laracuente would still be willing to speak with you in this regard if you want to call one of them directly. Otherwise, we look forward to your response by no later than **Friday, March 28th**.

This letter is written without prejudice to any rights, all of which are hereby expressly reserved.

Sincerely,

Wendy K. Marsh

Cc: AgVision
Randy McCunn